UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GODREY YVETTE RUFFIN-SANDERS,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KAJAKAZ, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | No. 2:20-cv-07022-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　　Based upon the parties' Stipulation (Dkt. 29), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $7,380 under 28 U.S.C. § 2412(d) and costs of $400 under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: July 29, 2021

　　　　　　　　　　　　　　　　　　　　　／s／ John D. Early
　　　　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge